295 F.2d 510
 NATIONAL LABOR RELATIONS BOARD, Petitioner
v.
PRODUCTIVE MFG. CO.
 No. 16859.
 United States Court of Appeals Eighth Circuit.
 September 15, 1961.
 
 Petition for Enforcement of Order of National Labor Relations Board.
 Dominick L. Manoli, Assoc. Gen. Counsel and Marcel Mallet-Prevost, Asst. Gen. Counsel, Washington, D. C., for petitioner.
 H. S. Palmer, in pro. per.
 PER CURIAM.
 
 
 1
 Order of Labor Board enforced, pursuant to stipulation of parties and petition for enforcement.